IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-cr-00218-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BENTLEY SCOTT POWELL,

       Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      On February 2, 2011, Defendant filed a letter, which the Court construes as a motion, regarding his state sentence and whether it should run concurrent to the federal sentence he is currently serving.  Accordingly, both the Government and the Probation Department are ordered to file a response to this motion with the Court via CM/ECF not later than **Friday, March 4, 2011.**

      Dated:  February 4, 2011